UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESTABLISHMENT INSPECTION OF: )<br>)<br>COUNTY MATERIALS CORP. )<br>1111 Menomonie Street )<br>Eau Claire, WI 54701 )<br>) | MISC CASE NO. 13-mc-18 |

### WARRANT FOR INSPECTION UNDER THE OCCUPATIONAL SAFETY AND HEALTH ACT OF 1970

To: RUTH WRIGHT and/or any other Compliance Officer(s) of the Occupational Safety and Health Administration, United States Department of Labor.

Sworn application having been made, reasonable legislative and administrative standards having been prescribed, and probable cause shown by RUTH WRIGHT of the Occupational Safety and Health Administration, United States Department of Labor, for an inspection and investigation of the workplace described as COUNTY MATERIALS CORP. at 1111 Menomonie Street, Eau Claire, WI 54701 (hereinafter "CMC").

**IT IS HEREBY ORDERED** that based on the grounds set forth in the sworn Application for Inspection Warrant, and pursuant to Section 8(a) of the Occupational Safety and Health Act of 1970 (29 U.S.C. 651, et seq.), hereinafter referred to as the "Act," **YOU ARE HEREBY AUTHORIZED** to enter the above described premises during regular working hours, to conduct an inspection and investigation, and to inspect and investigate in a reasonable manner and to a reasonable extent, including, but not limited to, authority to take environmental samples and to take or obtain photographs and/or videotapes related to the purpose of the inspection, and to question privately any owner, operator, agent, employer or employee of the

1

establishment, the workplace or environment where work is performed or permitted to be performed by employees of the employer.

Said inspection and investigation will extend to the entire establishment or other area, workplace, or environment where work is performed or permitted to be performed by employees of the employer and to all pertinent conditions, structures, machines, apparatus, devices, equipment materials, and all other things therein, including a review of records required by the Act and/or directly related to the purpose of the inspection but do not include employee medical records as defined in 29 C.F.R. §1910.1020(c)(6)(i)—and bearing on whether this employer is furnishing to its employees employment and a place of employment which is free from recognized hazards that are causing or are likely to cause death or serious physical harm to its employees, and whether this employer is complying with the occupational safety and health standards promulgated under the Act and the rules, regulations, and orders issued pursuant to the Act.

A return shall be made to this Court showing that the inspection has been completed, within twenty (20) days from the issuance of this warrant.

_____
STEPHEN L. CROCKER
United States Magistrate Judge

Dated:  8-1-13

2

## RETURN

Inspection of the establishment premises described in this warrant was made on _____, 2013.

_____
**RUTH WRIGHT**
**Compliance Officer**
**U.S. Department of Labor**
**Occupational Safety and Health**
**Administration**

Subscribed and sworn to before me
this _____ day of _____, 2013.

_____
**STEPHEN L. CROCKER**
**United States Magistrate Judge**

3